PROBATION FORM NO. 35  
(1/92)

Report and Order Terminating Probation/ Supervised Release  
Prior to Original Expiration Date

2005 FEB -4 P 2: 28

# United States District Court

U.S. DISTRICT COURT  
HARTFORD, CT.

FOR THE

## DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

v.

MICHAEL GILL

Crim #:   3:00CR00106 (RNC)

Re: **Early Termination** of Supervision

On **5/22/03** the above named was placed on **SUPERVISED RELEASE** for a period of 3 years. He has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that he be discharged from supervision.

Respectfully submitted,

Kim J. Cerullo  
Supervising U.S. Probation Officer

ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from supervision and that the proceedings in this case be terminated.

Dated this 3rd day of February, 2005.

Honorable Robert N. Chatigny  
Chief United States District Court Judge